SUPPORTING PROOF 1 OF 2

A.

United States Courts
Southern District of Texas
FILED

NOV 04 2021

Nathan Ochsner, Clerk of Court

MR. DONALD RAY McCRAY
9601 SPUR 591 — DATE: 2/3/17
AMARILLO, TX 79107

SAY: PENNY—

SINCE, YOU HAVE (REFUSED) TO RESPONSE TO THE TWO DOCUMENTS OF EVIDENCE, I MAILED TO YOU IN CONNECTION WITH YOU BEING APPOINTED (MR.) DONALD McCRAY COURT-APPOINTED ATTORNEY — OCTOBER 15, 1990, IN THE 180TH CRIMINAL DISTRICT COURT IN HARRIS COUNTY, AS RECORDED IN THE CLERK'S RECORD. DURING MR. McCRAY ARRAIGNMENT THIS INFORMATION COPIES OF THE: COMPLAINTS, FILED AGAINST YOU: PENNY HAVE BEEN PUT IN THE HOUSTON F.B.I. FILE NO. H-0-282-0-CON AND SENT TO ATTORNEY: PAUL M. MORGAN IN: HOUSTON, TX. TO WORK IN REQUESTING A FEDERAL INVESTIGATION FOR YOU TO : VERIFY — THE F.B.I. INFORMATION, IN THE FILE . — THE

: INDICTMENT FILED IN - CAUSE NO. 578315 THAT STATED/TOLD YOU: PENNY - THAT MR. MCCRAY WAS BOOK-IN INTO THE (CUSTODY) OF THE: HARRIS COUNTY JAIL - OCTOBER 14, 1990, INMATE NO. 541898 TO-WIT, TEXAS LAW REQUIRE THE DISTRICT CLERK OF IN-HARRIS COUNTY, TO: REPORT THE (BOOK-IN) DATE TO THE TEXAS DEPT. OF CRIMINAL JUSTICE - BUREAU OF CLASSIFI- CATION, TO WHICH (MR): DONALD MCCRAY - OCTOBER 14, 1990 DATE WAS - DENIED AND: REPLACED WITH: OCTOBER 14, 1991 BY (ACT) OF THE: HARRIS COUNTY - DISTRICT CLERK'S OFFICE - AS: OCTOBER 14, 1990, IS (A): SUNDAY - TIME 7:45 PM - INDICTMENT...

SIGNATURE

DATE: OCT: 2021 / [signature]

CC:

RICH HUGHES - TEXAS SECRETARY OF STATE AUSTIN, TX 78711

2.

SUPPORTING-PROOF/1 OF 2
B.

MR. DONALD RAY McCRAY
2101: FM: 369 N
IOWA PARK, TX 76367

OCTOBER: 2021

ISSUE: A. HISTORY/COLD-CASE
OPEN-UNRESOLVE
INVESTIGATION

ATTORNEY: PHILIP M. BLAIR
10189: FM: 974
BRYAN, TX 77808

ATTORNEY: BLAIR

THIS IS (MR): DONALD McCRAY
PLAINTIFF, FROM THE: OCTOBER
: 2005 (CIVIL-CASE) HELD IN
THE: 125TH DISTRICT COURT IN

: HARRIS COUNTY AND YOU ON
YOUR-OFFICIAL LETTER
STATED THE (FACT) THAT YOU
WORKED AS (A-INTERN) IN THE
: HARRIS COUNTY-DISTRICT

=ATTORNEY AND CLERK'S OFFICE - VIR, THE UNIVERSITY OF HOUSTON - SEE THE ATTACHMENTS.

SIGNATURE
*[signature]*

COPY TO:

ATTORNEY: WENDY K. CASSIDY
SUITE: 200
1801 ALLEN PKWY
HOUSTON, TX 77019

=INTERN - UNIVERSITY OF HOUSTON / HARRIS COUNTY

2.

NOTICE-TO:

KIM OGG

HARRIS COUNTY DISTRICT ATTORNEY

....AFTER (A): HISTORY/COLD-CASE/OPEN-UNRESOLVE INVESTIGATION THAT REVEAL (HARRIS-COUNTY) COMMITTED

CRIME OF TREASON-CAPITAL CRIME AGAINST THE UNITED STATES - STATE OF THE :UNION - TERMS OF THE (TEXAS TREATY) ENFORCE BY FEDERAL TERRITORIAL - MARSHAL LAW CRIME - REJECTED BY TEXAS GOVERNOR: ANN RICHARDS TO-WIT, THIS INVESTIGATION (TARGET) TO SEE IF (TEXAS) ACTED AS (A): ACCOMPLICE BY (ACT) OF TEXAS JUDGE : PATRICIA R. LYKOS AFTER HARRIS COUNTY DISTRICT CLERK: RAY HARDY BY (SOLE-ACT): INDICTED (A) U.S. CITIZEN....

NAME MR. DONALD MCCRAY
TE 620694/ ALLRED UNIT

NORTH TEXAS TX P&DC
DALLAS TX 750
17 SEP 2020 PM 8 L



2101 FM 369 N
IOWA PARK, TEXAS 76367

8L-59B

ATTORNEY: PENNY W. WYMYCZAK
SUITE: 1400
1001 TEXAS ST
HOUSTON, TX

-R-T-S- 770022020-1N   009 09/3

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

A1: 93260106954456
77002-312699

SUPPORTING PROOF/ 1 OF 4

D.

MR. DONALD RAY McCRAY
9601 SPUR 591
AMARILLO, TX 79107

OCTOBER: 2021

RE: F.B.I. FILE NO. H0282-0-CON AT HOUSTON (OFFICE) DIVISION

RE: F.B.I. FILE NO. 62F-DL-101497-LEIS- AT DALLAS (OFFICE) DIVISION

ATTORNEY: PAUL M. MORGAN
SUITE: 426
723 MAIN STREET
HOUSTON, TEXAS 77002

DEAR ATTORNEY: MORGAN

THIS IS MR. DONALD RAY McCRAY AND THE TWO(2) F.B.I. - FEDERAL BUREAU OF INVESTIGATION/ WASHINGTON, D.C. COVER LETTER'S THAT (STATE) THE U.S. DEPARTMENT OF JUSTICE IN WASHINGTON D.C. HAVE REQUESTED A DOCUMENT INVESTIGATION (REVIEW) OF THE

2.

METERIAL-EVIDENCE YOU AND I HAVE SUBMITTED VIA YOUR PUBLIC STATEMENT YOU HAVE (ADDITIONAL) PHYSICAL (CRIMINAL) EVIDENCE AGAINST THE HOUSTON-F.B.I. OFFICE DIVISION IN CONNECTION WITH THE PHYSICAL (CRIMINAL) EVIDENCE MR. McCRAY HAVE SUBMITTED IN ADDITION TO THE METERIAL-EVIDENCE IN THE (HOUSTON) F.B.I. OFFICE FILE NO. HO 282-0-CON THAT (WE) BE GIVE THE WASHINGTON, D.C. F.B.I. CORRUPT CRIME UNIT-FILE NUMBER TO PLACE METERIAL (CRIMINAL) EVIDENCE AGAINST THE HOUSTON F.B.I. AND DALLAS-F.B.I. OFFICES IN THE WASHINGTON, D.C. DIVISION OF THE F.B.I. TO-WIT, ATTORNEY: PENNY W. WYMYCZAK IS ONE OF THE MAIN-CONSPIRATOR TO THE (ORGANIZE-CRIME) SINCE: 1997 SHE IS IN THE SAME BUILDING WITH YOU ATTORNEY: MORGAN ON THE 8TH FLOOR "WATCH YOUR BACK" DUE TO THE FACT SHE HAVE RECEIVED A COPY OF EVERY LETTER/INFORMATION EVIDENCE YOU HAVE RECEIVED

3.

TO-WIT I HAVE ATTACHED TO THIS COVER LETTER-EIGHT(8) ORIGINAL COPIES OF F.B.I., LETTERS BETWEEN THE HOUSTON AND DALLAS OFFICE DIVISIONS TO WHICH THE DALLAS, F.B.I. OFFICE COMMITTED (ILLEGAL): BRIBERY - CONSPIRACY TO ORGANIZE - CRIME WITH THE :PRUDENTIAL INSURANCE COMPANY IN SUGARLAND, TEXAS NEXT TO HOUSTON. TO-WIT, I, HAVE A PEND-ING, CRIMINAL-INDICTMENT IN POTTER COUNTY, TEXAS INVOLVING THE: PRUDENTIAL INSURANCE CO. UNDER CAUSE NO. 70652-C, IN THE 251ST DISTRICT COURT-(THREAT) AND ATTEMPT TO KILL TEXAS JUDGE :JANNA WHATLEY  DOWNLOAD THIS CASE-TX. DEPT. OF CRIMINAL JUSTICE (PRISON) INSTITUTIONAL DIVISION VS. DONALD RAY McCRAY "OH AND IF YOU WILL ATTORNEY: PAUL MORGAN. THIS TOP LETTER WILL YOU PUT THE STATEMENT/AND INFOR-MATION, IN THE COMPUTER - FACE BOOK  TWITTER - WEB SITES, IN CONNECTION WITH THE (THREAT) AND ATTEMPT TO KILL (FORMER) F.B.I.

4.

SPECIAL AGENT IN CHARGE
:ROBERT E. CASEY, JR. IN DALLAS
TEXAS ON THE INTERNET.

SINCERELY

COPY TO:

LORETTA LYNCH
U.S. ATTORNEY GENERAL
935 PENNSYLVANIA AVE N.W.
WASHINGTON, D.C. 20530

DIRECTOR: JAMES COMEY
FEDERAL BUREAU OF INVESTIGATION
CORRUPT CRIME UNIT
950 PENNSYLVANIA AVE N.W.
WASHINGTON, D.C. 20535
TRACKING NO. NFP-55001
WASHINGTON, D.C. 20535

E.

TO: PAUL M. MORGAN
ATTORNEY AT LAW
SUITE: 426
723 MAIN STREET
HOUSTON, TEXAS 77002

DATE: OCT: 2021

IN RE: STATE VS. McCRAY, IN THE 180TH CRIMINAL DISTRICT COURT OF HARRIS COUNTY, TEXAS CAUSE NO. 578315

IN RE: McCRAY VS. HARRIS COUNTY U.S. DISTRICT COUNTY HOUSTON TEXAS - CASE NO. CA-H-96-2262

DEAR (ATTORNEY): MORGAN

THIS IS MR. DONALD RAY McCRAY AND IN CONNECTION WITH THE EVIDENCE I HAVE MAILED TO YOU AND IN ADDITION ATTACHED TO THIS LETTER (JOINT) WITH THE EVIDENCE YOU HAVE THAT (AFFIRM) THE F.B.I. FEDERAL BUREAU OF INVESTIGATION, THEIR IN HOUSTON, TEXAS, AND THE HARRIS COUNTY DISTRICT

2.

ATTORNEY'S OFFICE IN VIOLATION OF (BOTH) LAW OF THE STATE OF TEXAS AND THE LAW (FEDERAL) OF THE UNITED STATES AND ACCOMPLICE TO THE COMMISSION OF THE CRIMES IS U.S. ATTORNEY: JOSE ANGEL MORENO THEIR IN HOUSTON, TEXAS WHO HAVE (PERSONAL) KNOWLEDGE THAT THE F.B.I. PAID-MURDER WITNESSES OCTOBER 14, 2015, TO (ILLEGALLY): TESTIFY AGAINST YOUR-CLIENT IN ORDER TO OBTAIN A ILLEGAL CONVICTION FOR: MURDER THIS FACT IS SUPPORTED BY EVIDENCE: MORENO SINCE: APRIL 6, 2010 KNOW THAT THE (F.B.I.) AND HARRIS COUNTY COLLABORATED TO COMMIT (CRIMES) TO COVER UP (ONE) THE FACT THAT SINCE: 2008 I/MR. DONALD McCRAY MADE (SEVERAL) THREATS AND ATTEMPTS TO: KILL U.S. DISTRICT JUDGE: KENNETH M. HOYT WHO (COLLABORATED) WITH: HARRIS COUNTY TO: CONCEAL THE: SUNDAY-MORNING OCTOBER 14, 1990, ILLEGAL (MANUFACTURE) INDICTMENT BY THE HARRIS

3.

COUNTY, DISTRICT ATTORNEYS OFFICE IN THE U.S. DISTRICT-COURTHOUSE AND (HOME) BOTH IN HARRIS COUNTY, SINCE: OCTOBER: 2008 IN: RETALIATION AGAINST THE (CRIMES) TO WHICH BY (JOINT) ACTS, SINCE: 1997 ASSIST. DISTRICT ATTORNEY: BALDWIN CHIN AND COURT APPOINTED ATTORNEY: PENNY W. WYMYCZAK HAVE (AFFIRMED) CONSPIRACY TO (ORGANIZE-CRIME)

SIGNATURE
[signature]

COPY TO:

DIRECTOR: CHRISTOPHER WRAY
F.B.I. CORRUPT CRIME UNIT
WASHINGTON D.C. 20535

ATTORNEY: PENNY WYMYCZAK
1001 TEXAS STREET - SUITE: 400
HOUSTON, TX 77002

GOVERNOR: GREG ABBOTT
OFFICE OF THE GOVERNOR
P.O. BOX-12428
AUSTIN, TX 78711