United States District Court
Southern District of Texas
**ENTERED**
November 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD RAY MCCRAY, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. H-21-3675 |
| HARRIS COUNTY, | § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL

Donald Ray McCray, a state inmate proceeding *pro se* and impliedly seeking leave to proceed *in forma pauperis*, filed a handwritten document directed to various attorneys and federal and state officials. The document was docketed and opened as a civil lawsuit. The judicial relief being requested is unclear.

Prior to the filing of the instant lawsuit, the Fifth Circuit Court of Appeals issued the following order in an original proceeding filed by McCray:

> We imposed sanctions against McCray in *McCray v. Lower*, No. 96-20516, 1996 WL 511819 (5th Cir. Aug. 21, 1996) (unpublished). McCray was instructed that he was "BARRED from filing any *pro se*, *in forma pauperis*, civil appeal in this court, or any *pro se*, *in forma pauperis*, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to McCray, unfiled, any attempted submission inconsistent with this bar." *Id.* *This sanction is still in force.*

*In re: Donald Ray McCray*, No. 21-90033 (5th Cir. Oct. 14, 2021) (emphasis added).

Moreover, McCray is a "three-strikes" prisoner who is prohibited from proceeding *in forma pauperis*, barring a showing of imminent physical danger. *See McCray v. Harris County*, C.A. No. H-11-1469 (S.D. Tex. April 20, 2011), and the cases listed therein. Because McCray continued filing groundless and frivolous lawsuits, this Court imposed a $100.00 sanction against him on April 20, 2011, and barred him from filing any further lawsuits in the Southern District of Texas. *Id.* To-date, McCray has not paid the monetary sanction, nor does he show that he is in imminent danger.

To the extent McCray is seeking leave of this Court to proceed as a sanctioned litigant, his request is **DENIED**.

This lawsuit is **DISMISSED** pursuant to the Fifth Circuit Court of Appeals' order of August 21, 1996, and this Court's order of April 20, 2011.

**SIGNED** at Houston, Texas on the 10th day of November, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE